# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Massaro,<br><br>    Plaintiff,<br><br>    v.<br><br>Lenny Kyle Dykstra,<br><br>    Defendant. | NO. CV 12-01977 SJO (SHx)<br><br>**JUDGMENT** |

This action came before the Court on Plaintiff Jaqueline Massaro ("Plaintiff") Motion for Default Judgment against Defendant Lenny Kyle Dykstra ("Defendant"). Pursuant to the Court's ruling on Plaintiff's Motion for Default Judgment and the Court's order awarding damages to Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That Plaintiff is awarded a total of $216,612 for the following:

    (A)    $10,000 for emotional distress;

    (B)    $2,500 for pain and suffering;

    (C)    $201,472 for lost wages; and

    (D)    $2,640 for future medical expenses.

Pursuant to 11 U.S.C. § 523(a)(6), the award is non-dischargeable in bankruptcy.

IT IS SO ADJUDGED.

Dated. July 12, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2